**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 29 2000

JAMES W. McCORMACK, CLERK
By: _____
                          DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARGARETE MERRIWEATHER                                                PLAINTIFF

v.                              CASE NO. 4:00CV0325 GTE

ARKANSAS WAFFLES, INC.
a/k/a WAFFLE HOUSE                                                    DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Upon oral motion of the plaintiff, and without objection from the defendant, the Court hereby orders that this matter be dismissed with prejudice in its entirety. Each party is to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

_____
HONORABLE G. THOMAS EISELE

_____
DATE June 28, 2000

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON 6-29-00 BY _____

**Approved as to form:**

Henry "Gus" Allen
Arkansas Bar No. 74002
SOUTHERN & ALLEN
Attorneys at Law
12410 Cantrell Road, Suite 100
Little Rock, Arkansas 72211

_____
Attorneys for Plaintiff

David P. Martin
Arkansas Bar No. 92241
ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201

_____
Attorneys for Defendant

```
                                                                    bm
```

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

June 29, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re:  4:00-cv-00325.

True and correct copies of the attached were mailed by the clerk to the following:

    M. Tim Boe, Esq.
    Rose Law Firm
    120 East Fourth Street
    Little Rock, AR   72201-2893

    David P. Martin, Esq.
    Rose Law Firm
    120 East Fourth Street
    Little Rock, AR   72201-2893

    Henry A. Allen, Esq.
    Southern & Allen
    12410 Cantrell, Suite 100
    Post Office Box 17248
    Little Rock, AR   72222-7248

    cc: press

James W. McCormack, Clerk

Date:  6/29/00

BY: _____